UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF FORFEITURE OF COLLATERAL
SCHEDULE FOR THE UNITED STATES COAST GUARD    No. 06-MC-50

**ORDER**

The United States of America, by it attorneys, Steven M. Biskupic, United States Attorney for the Eastern District of Wisconsin, and Paul L. Kanter, Assistant United States Attorney, has moved the Court to adopt a Forfeiture of Collateral Schedule for the violation of certain statutes and regulations enforced by the United States Coast Guard within the Eastern District of Wisconsin.

NOW THEREFORE IT IS HEREBY ORDERED that pursuant to Federal Rule of Criminal Procedure 58, and Criminal Local Rule 58.1, persons charged with violating an offense listed in the attached Forfeiture of Collateral Schedule may, in lieu of appearance, post collateral in the amount indicated for the offense and consent to forfeiture of said collateral, or be required to appear as indicated.

IT IS FURTHER ORDERED that all previously entered orders regarding a Forfeiture of Collateral Schedule for the United States Coast Guard be and are hereby vacated.

IT IS FURTHER ORDERED that the attached Forfeiture of Collateral Schedule shall be effective as of 12:01 a.m. on the day following the entry of this order.

Dated: July 14, 2006.

                                s/ Rudolph T. Randa
                                HONORABLE RUDOLPH T. RANDA
                                Chief United States District Judge